COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-20-00083-CV |
| | § | Appeal from the |
| A.E.E. AND G.D.E., | § | 388th District Court |
| Minor Children. | § | of El Paso County, Texas |
| | § | (TC# 2015DCM6590) |
| | § | |

## MEMORANDUM OPINION

Appellant D.E. has filed a motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1)(governing voluntary dismissals by an appellant). In his motion, D.E. states that he did not intend to file a notice of appeal with this Court at the present time. Rather, he was attempting to file a notice of appeal appealing a decision from the associate judge of the 388th District Court to the presiding judge of the 388th District Court for a de novo hearing, and that the notice of appeal was erroneously forwarded to this Court by a trial court clerk and docketed in this Court as an appeal from the 388th District Court. D.E. states that this appeal was taken in error.

The motion to dismiss is granted. This action is dismissed.

April 30, 2020

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)